Michael D. Palmer
Charles E. Joseph
Maimon D. Kirschenbaum
Matthew Kadushin
JOSEPH & KIRSCHENBAUM LLP
233 Broadway, 5th Floor
New York, NY 10279
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------x**
**TREVOR D'ANDRADE, on behalf of himself**
**and all others similarly situated,**                    **INDEX NO: 12-CV-3471**

        **Plaintiff,**

   **v.**                                                                                       **NOTICE OF VOLUNTARY**
                                                                                    **DISMISSAL BY THE PLAINTIFF**
                                                                                    **PURSUANT TO RULE 41 (a)(1)(A)**

**WELLS FARGO N.A.**

        **Defendant.**

**-----------------------------------------------------------x**

**NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF PURSUANT TO**
**RULE 41(a)(1)(A)**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A), and as the Defendant has neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismiss the pending action against the Defendant without prejudice.

| | |
|---|---|
| Dated: New York, New York<br>  May 7, 2012 | Respectfully submitted,<br><br>JOSEPH & KIRSCHENBAUM LLP<br><br>By: /s/Michael D. Palmer_____<br>   Michael D. Palmer<br>   Charles E. Joseph<br>   Maimon D. Kirschenbaum<br>   Matthew Kadushin<br>   233 Broadway, 5th Floor<br>   New York, NY 10279<br>   Tel: (212) 688-5640<br>   Fax: (212) 688-2548<br><br>*Attorneys for Plaintiff* |